# UNITED STATES DISTRICT COURT
for the
District of Colorado

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO
10:05 am, Nov 25, 2019
JEFFREY P. COLWELL, CLERK

United States of America )
v. )
)
) Case No. 19-mj-00264-STV
)
TONY JACKSON )
*Defendant(s)*

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief:

On or about November 24, 2019, in the State and District of Colorado, TONY JACKSON, did knowingly and intentionally interfere with flight crew members, in violation of Title 49, United States Code, Section 46504.

| *Code Section* | *Offense Description* |
|---|---|
| Title 49, United States Code, Section 46504 | Interference with Flight Crew Members |

This criminal complaint is based on these facts:

See Affidavit attached hereto and herein incorporated by reference.

**X** Continued on attached sheet.

*Maureen Gibson*
*Complainant's signature*

Maureen Gibson, Special Agent, FBI
*Printed name and title*

Sworn to before me and: ☐ signed in my presence.
☒ submitted, attested to, and acknowledged by reliable electronic means.

Date: November 25, 2019

City and state: Denver, CO

*Judge's signature*

Scott T. Varholak, U.S. Magistrate Judge
*Printed name and title*