DEFENDANT:  Tony Jackson

YEAR OF BIRTH:  1978

ADDRESS (CITY/STATE):  Chicago Illinois

COMPLAINT FILED?      ____YES      ____NO

    IF YES, PROVIDE MAGISTRATE CASE NUMBER:

HAS DEFENDANT BEEN ARRESTED ON COMPLAINT?   _X_ YES ___ NO

OFFENSE(S):  Title 18, United States Code, Section 46504, Interference with Flight Crew Members

LOCATION OF OFFENSE:  Denver County, Colorado

PENALTY:  NMT 20 years imprisonment, NMT $250,000 fine, or both; NMT 3 years supervised release, $100 special assessment fee

AGENT:  FBI Special Agent Maureen Gibson

AUTHORIZED BY:  Martha A. Paluch
Assistant United States Attorney

ESTIMATED TIME OF TRIAL:

  _X_ five days or less      ____ over five days      ____ other

THE GOVERNMENT

  _X_ will NOT seek detention in this case pursuant to 18 U.S.C. 3142(f)

The statutory presumption of detention **is** NOT applicable to this defendant pursuant to 18 U.S.C. § 3142(f)

OCDETF CASE:   ____ Yes   _X_ No