AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Colorado

FILED
U.S. DISTRICT COURT
DISTRICT OF COLORADO

2019 NOV 27 PM 2:50

JEFFREY P. COLWELL
CLERK

BY_____ DEP. CLK

| United States of America | ) |
|---|---|
| v. | ) |
| | ) |
| | ) Case No. 19-MJ-264-STV |
| | ) |
| TONY JACKSON | ) |
| *Defendant* | ) |

## ARREST WARRANT

TO:  Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay *(name of person to be arrested)* __TONY JACKSON__, who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  **X** Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:
Interference with a flight crew member, in violation of 49 U.S.C. § 46504.

Date: 11/25/2019

City and state: Denver, CO

_____
*Issuing officer's signature*

Scott T. Varholak, U.S. Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* 11/25/2019, and the person was arrested on *(date)* 11/25/2019
at *(city and state)* DENVER, COLORADO.

Date: 11/25/2019

_____
*Arresting officer's signature*

DET. CHRIS PYLER, FBI RMSSTF
*Printed name and title*