IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 19-mj-00264-STV

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.    TONY JACKSON,

    Defendant.

## ENTRY OF APPEARANCE AS COUNSEL
## FOR THE GOVERNMENT

To:    The clerk of court and all parties of record

I hereby certify that I am a member in good standing of the bar of this court, and I appear in this case as counsel for the United States of America.

DATED this 5th day of December, 2019.

    Respectfully submitted,

    JASON R. DUNN
    United States Attorney

By:  *s/Emily M. Treaster*
    EMILY M. TREASTER
    Assistant United States Attorney
    U.S. Attorney's Office
    1801 California St., Suite 1600
    Denver, CO. 80202
    Telephone: (303) 454-0114
    Fax: (303) 454-0405
    e mail: Emily.Treaster@usdoj.gov
    Attorney for the Government

CERTIFICATE OF SERVICE

      I hereby certify that on this 5th day of December, 2019, I electronically filed the foregoing **ENTRY OF APPEARANCE AS COUNSEL FOR THE GOVERNMENT** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following e-mail address:

David E. Johnson
e-mail: David_Johnson@fd.org
Attorney for Tony Jackson

                *s/Maggie E. Grenvik*
                Maggie E. Grenvik
                Legal Assistant